CHARLES D. KEEP, Respondent, *v.* ABRAHAM KAUFMANN, Appellant.

(Argued December 8, 1875; decided December 21, 1875.)

*Lewis Sanders* for the appellant.

| 63 | 643 |
| 118 | 319 |

*J. Worden Gedney* for the respondent.

Agree to affirm. No opinion.

All concur.

Judgment affirmed.